

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:19cr 52 |
| | ) | |
| v. | ) | 18 U.S.C. § 1348 |
| | ) | Securities Fraud |
| LUMBER LIQUIDATORS HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES OF AMERICA CHARGES THAT:

From in or about January 2015 through in or about May 2015, in the Eastern District of Virginia and elsewhere, the defendant LUMBER LIQUIDATORS HOLDINGS, INC. ("LUMBER LIQUIDATORS"), acting through its employees, knowingly executed and attempted to execute a scheme and artifice to defraud any person in connection with any security of LUMBER LIQUIDATORS, an issuer with a class of securities registered under Section 12 of the Securities Exchange Act of 1934, and to obtain by means of materially false and fraudulent pretenses, representations, and promises, any money and property in connection with the purchase and sale of any security of LUMBER LIQUIDATORS, an issuer with a class of securities registered under Section 12 of the Securities Exchange Act of 1934, that is, LUMBER LIQUIDATORS, acting through its employees made, and caused to be made, materially false and misleading statements to LUMBER LIQUIDADTORS' shareholders and members of the investing public in an SEC Form 8-K filed on or about March 2, 2015 while omitting material facts from shareholders and members of the investing public.

(In violation of Title 18, United States Code, Section 1348).

G. Zachary Terwilliger  
United States Attorney  
Eastern District of Virginia

Robert A. Zink  
Acting Chief, Fraud Section  
U.S. Department of Justice

By: *Katherine Lee Martin* (signature)  
Katherine Lee Martin  
Uzo E. Asonye  
Assistant United States Attorneys  
United States Attorney's Office  
919 E. Main Street, Suite 1900  
Richmond, Virginia 23219-2447  
Phone: (804) 819-5400

By: *Cory E. Jacobs* (signature)  
Cory E. Jacobs  
Trial Attorney  
U.S. Department of Justice  
Criminal Division, Fraud Section  
1400 New York Avenue, N.W.  
Washington, D.C. 20005  
Phone: (202) 514-2000